UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE ) <br> INSURANCE COMPANY and ) <br> LIBERTY MUTUAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FLEXO SUPPLY COMPANY, INC., ) <br> and THE STOVEY COMPANY, ) <br> ) <br> Defendants. ) | Case No. 4:05CV00896 FRB |

**MEMORANDUM AND ORDER**

Presently pending before this Court is the motion of defendants Flexo Supply Company, Inc. and The Stovey Company (Flexo) for an extension of time to file their response to the renewed motion for summary judgment filed by Liberty Mutual Fire Insurance Company and Liberty Mutual Insurance Company (Liberty), and for leave to reopen the deposition of Maureen J. Mulroy, plaintiffs' Rule 30(b)(6) representative (Docket No. 66/filed October 9, 2007).

**IT IS HEREBY ORDERED THAT** Flexo's motion is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the following conditions and restrictions are imposed:

1. The deposition shall be completed within 30 days of this order;

2. The deposition is limited to no more than a total of

four hours;

       3. The deposition shall be done at a time and place convenient to the witness, Ms. Mulroy;

       4. Any and all costs associated with the deposition of Ms. Mulroy shall be borne by Flexo; and

       5. The scope of the deposition is limited to the following inquiries: (a) Ms. Mulroy's allocation of Liberty's settlement payments among the multiple insurance policies; and (b) pleadings, memoranda, declarations and exhibits filed by Liberty in support of their renewed Motion for Summary Judgment filed on September 21, 2007.

       **IT IS FURTHER ORDERED THAT** Flexo's response to Liberty's renewed motion for summary judgment is due 20 days from the date of completion of Ms. Mulroy's deposition.

*Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of January, 2008.